# Order

Michigan Supreme Court
Lansing, Michigan

October 3, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159427

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 159427
COA: 340978
Macomb CC: 2016-003921-FH

ZDZISLAW GNAT,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 28, 2019 judgment of the Court of Appeals is considered. We DIRECT the Macomb County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2019



Clerk

s0926